**2013–1277. Walker v. Toledo.**
Lucas App. No. L–12–1056, 2013-Ohio-2809. Reported at ___ Ohio St.3d ___, 2014-Ohio-5461, ___ N.E.3d ___. On motion for reconsideration. Motion denied.

PFEIFER, FRENCH, and O'NEILL, JJ., dissent.

W. SCOTT GWIN, J., of the Fifth Appellate District, sitting for O'DONNELL, J.

On motion to file supplemental authority. Motion denied.